# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2020

160630

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KEVIN JOHN CARLSON,
      Defendant-Appellant.

SC: 160630
COA: 346234
Oakland CC: 2018-266958-FH

_____/

On order of the Court, the application for leave to appeal the October 10, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2020



b0520

Clerk